AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Kyle, Richard H. | 2. Court or Organization<br><br>District Court-Minnesota | 3. Date of Report<br><br>06/07/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Senior | 5a. Report Type (check appropriate type)<br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>772 Federal Courts Building<br>316 N. Robert Street<br>St. Paul, MN 55101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kyle, Richard H. | 06/07/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kyle, Richard H. | 06/07/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kyle, Richard H. | 06/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Baxter International | B | Dividend | L | T | | | | | |
| 2. Bristol Myers Squibb | B | Dividend | L | T | | | | | |
| 3. 3M Company | D | Dividend | P1 | T | Donated (part) | | | | |
| 4. 3M Company (header) | D | Dividend | P1 | T | Donated (part) | | | | |
| 5. Beadle Lloyd Properties Ltd. Partnership | B | Dividend | J | U | | | | | |
| 6. Checking Account--U.S. Bank | A | Interest | M | T | | | | | |
| 7. Caterpillar, Inc. | B | Dividend | L | T | | | | | |
| 8. Exxon Mobil Corp. | A | Dividend | L | T | | | | | |
| 9. Paine Webber RMA Money Market Portfolio n/k/a UBS Bank USA Dep. Acct. | A | Interest | | | Merged (with line 41) | 11/03/00 | J | | |
| 10. Coca Cola Co. | B | Dividend | L | T | | | | | |
| 11. Ford Motor Co. | A | Dividend | J | T | | | | | |
| 12. General Electric Co. | A | Dividend | M | T | | | | | |
| 13. Microsoft | D | Dividend | M | T | | | | | |
| 14. Proctor & Gamble Co. | C | Dividend | M | T | | | | | |
| 15. Walt Disney Co. | A | Dividend | L | T | Sold (part) | 11/21/16 | J | A | |
| 16. Bank of America Corporation | C | Dividend | J | T | Sold (part) | 10/03/11 | J | | |
| 17. Bank of America Corporation (header) | C | Dividend | | | Sold | 10/11/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kyle, Richard H. | 06/07/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pepsico | C | Dividend | L | T | Sold (part) | 11/21/16 | K | D | |
| 19. H.B. Fuller Co. | B | Dividend | M | T | | | | | |
| 20. Colgate | C | Dividend | M | T | | | | | |
| 21. Intel Corp. | A | Dividend | L | T | | | | | |
| 22. Johnson & Johnson | C | Dividend | M | T | | | | | |
| 23. Microsoft | B | Dividend | M | T | Sold (part) | 11/21/16 | J | D | |
| 24. Motorola | A | Dividend | J | T | | | | | |
| 25. Pepsico | B | Dividend | L | T | Sold (part) | 11/21/16 | K | D | |
| 26. Proctor & Gamble | C | Dividend | L | T | Sold (part) | 11/21/16 | J | D | |
| 27. PaineWebber Cash Fund, n/k/a UBS Bank Dep. Acct. | A | Interest | | | Merged (with line 41) | 11/03/00 | K | | |
| 28. Mn Mun. Cash Trust | A | Interest | | | Closed | | | | |
| 29. Cisco Systems, Inc. | A | Dividend | M | T | | | | | |
| 30. Mairs & Power Growth Fund | E | Dividend | O | T | | | | | |
| 31. Bristol Myers | B | Dividend | L | T | | | | | |
| 32. Verizon Communication | A | Dividend | K | T | | | | | |
| 33. Glaxo Smithkline PLC | A | Dividend | | | Sold | 10/08/14 | K | | |
| 34. Intel Corp. | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kyle, Richard H. | 06/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pfizer, Inc. | A | Dividend | K | T | | | | | |
| 36. Comcast Corp. | A | Dividend | L | T | | | | | |
| 37. TR Russell 2000 Value Index Fund | A | Dividend | J | T | Sold | | | | |
| 38. Ishares Russell 2000 Growth Fund f/k/a TR Russell 2000 Growth Fund | B | Dividend | M | T | | | | | |
| 39. Ishares MSCI EAFE Index Fund f/k/a TR Russell MSCI EAFE Index Fund | A | Dividend | J | T | | | | | |
| 40. Home Depot | A | Dividend | L | T | | | | | |
| 41. UBS Bank USA Dep. Acct. (merged with Paine Webber in 2000) | A | Interest | N | T | | | | | |
| 42. Wells Fargo & Co. | A | Dividend | K | T | | | | | |
| 43. Baxalta Inc. | F | Dividend | | | Sold | 06/03/16 | L | | |
| 44. SHIRE PLC Spon. ADR | A | Dividend | K | T | Buy | 06/03/16 | K | | |
| 45. Altria Group | A | Dividend | J | T | Buy | 01/15/10 | J | | |
| 46. UBS Group AG CHF | A | Dividend | J | T | Buy | 01/19/06 | J | | |
| 47. UBS Group AG CHF (x) | A | Dividend | J | T | Buy | 05/19/08 | J | | |
| 48. Ishare Russell 1000 Grw ETF | A | Dividend | J | T | Buy | 06/08/07 | J | | |
| 49. Ishare Russell 1000 Grw ETF | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, Investments and Trusts:

Lines 3 and 4 - 3M Company--I made two separate donations on two separate dates, so a second line was added for the second donation date.

Lines 9 (Paine Webber RMA Money Market Portfolio), 27 (Paine Webber Cash Fund), and 41 (UBS, now listed as UBS Bank USA Dep. Acct., which is the correct name that should have been listed in prior reports). Paine Webber and UBS merged in 2000, and the Paine Webber accounts were renamed UBS Bank USA Dep. Acct., but this change was inadvertently not reflected on my prior reports. The two Paine Webber accounts on lines 9 and 27 have been merged with line 41 (the UBS listing in my prior reports). This report correctly reflects the Paine Webber accounts as k/n/a UBS Bank USA Dep. Acct.

Lines 16 and 17 - Bank of America - Bank of America was sold on two separate dates. Part was sold in 2011 and the remainder was sold in 2012. I've added a separate line for the second sale date. The sale of Bank of America was inadvertently left off prior reports.

Line 28, MN Mun. Cash Trust has been closed. I am unable locate any information on the date account closed or values at that time. This was inadverently left off of prior reports.

Line 33, Glaxo Smithkline PLC was sold in 2014, but was inadvertently left off of prior reports and the sale has been listed on this report.

Line 37, TR Russell 2000 Value Index Fund. This was either merged or sold at the time of the 2000 merger with iShares. I am unable to locate the sale/merger date and values and this information was inadvertently left off of prior reports.

Lines 38 (TR Russell 2000 Growth Fund) and 39 (TR Russell MSCI EAFE Index Fund). The names of these accounts was changed to iShares at the time of the 2000 merger of TR Russell and iShares and the name changes were inadvertently left off of prior reports.

Line 41 - UBS Bank USA Dep. Acct. (see above explanation for lines 9, 27 and 41).

Line 45 Altria Group was bought in 2010 and was inadvertently omitted from prior reports.

Lines 46 and 47 - Added UBS Group AG CHF. This was part of the merger with Paine Webber and this account was added at that time, but was inadvertently left off of prior reports.

Line 48 - Added iShares Russell 1000 Grw ETF. This was bought in 2007, but inadvertently left off of my prior reports.

| Name of Person Reporting | Date of Report |
|---|---|
| Kyle, Richard H. | 06/07/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard H. Kyle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544